# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

HAIR CLUB FOR MEN, LLC,                )
                                       )
              *Plaintiff,*             )
                                       )
       v.                              )        Civil Action No. 1:16-cv-236
                                       )
LAILUMA EHSON and ILLUSION DAY SPA,    )
LLC,                                   )
                                       )
              *Defendants.*            )
                                       )

## ORDER

This matter comes before the Court on Defendants Lailuma Ehson and Illusion Day Spa's Motion for New Trial or in the Alternative, a Remittitur, Dkt. No. 147, and Plaintiff Hair Club for Men's ("Hair Club") Motion for Permanent Injunction. Dkt. No. 149. For the reasons discussed in the accompanying memorandum opinion, Defendants' Motion for New Trial or Remittitur is GRANTED IN PART and DENIED IN PART and Plaintiff's Motion for Permanent Injunction is GRANTED. Plaintiff is awarded damages in the total amount of $258,330.

The permanent injunction shall provide as follows:

## I.  FROM THE DATE OF THIS ORDER:

A. Defendants Ehson and Illusion Day Spa are enjoined and prohibited from publicizing the fact that Defendant Ehson was a Hair Club employee or otherwise using Hair Club's name for pecuniary gain; and

B. Defendants Ehson and Illusion Day Spa are enjoined and prohibited from using, disclosing or distributing the following trade secrets belonging to Hair Club:

1. Hair Club proprietary technological information concerning specialized techniques and procedures used for hair replacement, technical training, product information, pricing and cost methodologies that Defendant Ehson gained or learned as a result of her employment with Hair Club;

2. The names, contacts, addresses, phone numbers and email addresses of Hair Club's customers or clients (past, present or prospective) that Defendant Ehson gained or learned as a result of her employment with Hair Club. This provision does not prohibit former Hair Club customers from contacting Defendants to receive services not circumscribed by this Order; and

3. The requirements, hair specifications and purchasing histories of Hair Club's customers (past, present or prospective) that Defendant Ehson gained or learned as a result of her employment with Hair Club.

## II. FROM THE DATE OF THE JURY VERDICT, SEPTEMBER 27, 2016, AND FOR A PERIOD OF TWO YEARS EXTENDING THEREFROM:

A. Defendants Ehson and Illusion Day Spa are enjoined and prohibited from engaging in the business of hair replacement services at 6715 Backlick Road, Springfield, Virginia 22150; and

B. Defendants Ehson and Illusion Day Spa are enjoined and prohibited from engaging in the business of hair replacement in any capacity within a radius of 20 miles of any Hair Club center operated by Hair Club or any of its franchisees or affiliates.

The Court retains jurisdiction over the parties with regard to enforcement of this injunction. The Court will toll the deadline for appealing this Order until after the Court has issued an Order awarding attorney's fees and costs as applicable.

November 14, 2016
Alexandria, VA

/s/
Liam O'Grady
United States District Judge