UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>LAILUMA EHSON and ILLUSION DAY SPA, LLC,<br><br>      Defendants. | Civil Action No. 1:16-CV-236 LOG/JFA |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Hair Club for Men, LLC, by and through its undersigned counsel, hereby moves the Court for an Order granting Plaintiff attorneys' fees in the amount of $297,523.80 and costs in the amount of $11,706.90 against Defendants Lailuma Ehson and Illusion Day Spa, LLC. As set forth in the supporting Memorandum of Law, the Declarations of William J. Delany and Ronda B. Esaw and the exhibits attached thereto, and Hair Club's Bill of Costs, Hair Club is entitled to an award of attorneys' fees and costs under the Confidentiality, Non-Solicitation and Non-Compete Agreement entered into by Ehson and Hair Club, the Virginia Uniform Trade Secrets Act, and Federal Rule of Civil Procedure 54. Moreover, the attorneys' fees and costs sought by Hair Club are reasonable. For these reasons, and as set forth in the supporting documents, Hair Club requests that the Court enter an Order awarding Hair Club its attorneys' fees and costs.

Dated:  December 14, 2016					MORGAN, LEWIS & BOCKIUS LLP

/s/ Jocelyn R. Cuttino
William J. Delany (admitted *pro hac vice*)
Jocelyn R. Cuttino (VA Bar No. 81379)
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel:  202.739.3000
Fax:  202.739.3001
jocelyn.cuttino@morganlewis.com
william.delany@morganlewis.com

*Attorneys for Plaintiff Hair Club for Men, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on December 14, 2016, the foregoing document was served via the Court's CM/ECF system on:

> Kaamil Mushtaq Khan
> K.M. KHAN LAW, P.C.
> 8201 Greensboro Drive
> Suite 300
> McLean, Virginia 22102
> (703) 288-5270 (office)
> (571) 758-5405 (facsimile)
> [kaamil@kmkhan.com](mailto:kaamil@kmkhan.com)
>
> *Counsel for Defendants*

                                              /s/ Jocelyn R. Cuttino