IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-236 |
| ) | |
| LAILUMA EHSON and ILLUSION DAY SPA, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Plaintiff Hair Club for Men, LLC's, Motion for Attorney's Fees and Costs. Dkt. No. 159. For the reasons discussed in the accompanying memorandum opinion, the Court hereby ORDERS that Plaintiff's Motion is GRANTED. Plaintiff is entitled to $208,790.95 in attorney's fees and $11,706.90 in costs.

April 3, 2017
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge