AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC<br>*Plaintiff*<br>v.<br>LAILUMA EHSON and ILLUSION DAY SPA, LLC<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:16-CV-236 LOG/JFA<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☒ the plaintiff *(name)* HAIR CLUB FOR MEN, LLC recover from the defendant *(name)* LAILUMA EHSON and ILLUSION DAY SPA, LLC the amount of Four Hundred Seventy Eight Thousand, Eight Hundred Twenty Seven and 85/100 dollars ($ 478,827.85 ), which includes prejudgment interest at the rate of 0 %, plus post judgment interest at the rate of 0 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one):*

☒ tried by a jury with Judge Liam O'Grady presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 4/17/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*