# WRIT OF EXECUTION


RECEIVED MAY 10 2017 CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA

**United States District Court**

**DISTRICT:** EASTERN DISTRICT OF VIRGINIA

Civil Case No. 1:16-CV-236-LO-JFA

**TO THE MARSHAL OF:**

United States District Court for the Eastern District of Virginia, Alexandria Division

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

ILLUSION DAY SPA, LLC

located at 6715 Backlick Road, Suite J, Springfield, VA 22150

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**

FOUR HUNDRED SEVENTY EIGHT THOUSAND, EIGHT HUNDRED TWENTY SEVEN Dollars and EIGHTY-FIVE CENTS ($478,827.85)

and Date of Judgment April 17, 2017

In the United States District Court for the __Eastern__ District of __Virginia__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ILLUSION DAY SPA, LLC
located at 6715 Backlick Road, Suite J, Springfield, VA 22150

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE:** Albert V. Bryan U.S. Courthouse, 401 Courthouse Square
**DISTRICT:** Eastern District of Virginia, Alexandria Division
**CITY:** Alexandria, VA 22314
**DATE:** 8/8/17

Witness the Honorable **Liam O'Grady**
*(United States Judge)*

**DATE:** 5/10/17
**CLERK OF COURT:** Fernando Galindo, Clerk
**(BY) DEPUTY CLERK**

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
|  |  |