

**WELLS FARGO**

Legal Order Processing   S3928-021
P.O. Box 29779
Phoenix, AZ 85038

August 4, 2017

United States District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

AUG 1 0 2017

Subject: Information provided in response to your request
    Date issued: August 1, 2017
    Legal order amount: $478,827.85
    Wells Fargo case number: 73100317
    Your reference number: 116cv236LOJFA
    Judgment debtor: Illusion Day Spa, LLC

Dear Clerk of the Court

We received your legal document(s) related to the case above, and are providing the information requested.

**Account Closed**

If you have questions please call us at (480) 724-2000 Monday through Friday, 9 a.m. to 8 p.m. Eastern Time.

Thank you.

Sincerely

Joe Medina
Operations Manager
Legal Order Processing

7/31/00317
UgC

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HAIR CLUB FOR MEN, LLC | 1:18-CV-236-LO-JFA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LAILUMA EHSON and ILLUSION DAY SPA, LLC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
330 N. Washington Street, Alexandria, Virginia 22314

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jocelyn R. Cuttino, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

*Received 2017 JUL 26 PM 1:03 — Eastern District of Virginia Alexandria Division — United States Marshal*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

We request that you place a levy on any and all accounts (including account numbers 5572923885 and 1573103288) in the name of Illusion Day Spa LLC, 7211 Sumpter LN, Springfield, VA 22150-3146 located at Wells Fargo Bank.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Jocelyn R. Cuttino/Asm*
TELEPHONE NUMBER: 202-739-3000
DATE: 7/26/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. C83
District to Serve No. C83
Signature of Authorized USMS Deputy or Clerk: *Ronda Patterson*
Date: 7/26/17

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Meenakshi Kabdnwal Wells Fargo (Service Manager)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: __ Time: __ ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: __

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13


Ref: 1354779
8/2/17 @ 12:45
68748, in person


RECEIVED MAY 10 2017

WRIT OF EXECUTION

| United States District Court | DISTRICT<br>EASTERN DISTRICT OF VIRGINIA |
|---|---|
| | Civil Case No. 1:16-CV-236-LO-JFA |

**TO THE MARSHAL OF:**
United States District Court for the Eastern District of Virginia, Alexandria Division

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
ILLUSION DAY SPA, LLC
located at 6715 Backlick Road, Suite J, Springfield, VA 22150

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
FOUR HUNDRED SEVENTY EIGHT THOUSAND, EIGHT HUNDRED TWENTY SEVEN Dollars and EIGHTY-FIVE CENTS ($478,827.85)
and
Date of Judgment April 17, 2017

In the United States District Court for the __Eastern__ District of __Virginia__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ILLUSION DAY SPA, LLC
located at 6715 Backlick Road, Suite J, Springfield, VA 22150

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square | Eastern District of Virginia, Alexandria Division |
| **CITY** Alexandria, VA 22314 | **DATE** 8/8/17 |

Witness the Honorable **Liam O'Grady**
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 5/10/17 | Fernando Galindo, Clerk |
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |